UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CamCara, Inc., d/b/a AST Manufacturing, individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> Air Products and Chemicals, Inc., <br><br> Defendant. | Civil Action No. 21-2264 |

**ORDER GRANTING UNOPPOSED MOTION TO SEAL DOCUMENTS RELATING TO PLAINTIFF'S REPLY MEMORANDUM <u>IN SUPPORT OF MOTION FOR CLASS CERTIFICATION</u>**

This matter is before the Court on the Motion by Plaintiff CamCara, Inc. d/b/a AST Manufacturing, for leave to file under seal the following:

(1) A narrowly tailored portion of Plaintiff's Reply Memorandum of Law in Support of Motion for Class Certification (ECF No. 165); and

(2) Exhibits 45 & 48 to Plaintiff's Reply Memorandum of Law in Support of Motion for Class Certification.

Upon review, the motion is GRANTED and IT IS HEREBY ORDERED that the unredacted versions of the aforementioned documents, as well as the Exhibits referenced above, be filed under seal for a temporary period of 14 days or until any motion to seal filed by Defendant is resolved. The Court retains the right to allow disclosure of any subject covered by this Order or to modify this Order at any time in the interest of justice.

IT IS SO ORDERED.

Entered: <u>February 18</u>, 2025

<u>/s/ Jeffrey L. Schmehl</u>
Hon. Jeffrey L. Schmehl, U.S.D.J.